IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEGUNDO PABLO LOJA CHOGLLO,

Petitioner,

vs.

WARDEN OF MCCOOK DETENTION CENTER, et al.,

Respondents.

8:26-CV-54

REASSIGNMENT ORDER

This case is related to case nos. 8:26-CV-42 and 7:26-CV-5003. *See* NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B),

IT IS ORDERED that this case is reassigned to Magistrate Judge Michael D. Nelson for judicial supervision and remains assigned to Senior District Judge John M. Gerrard for disposition.

Dated this 11th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge