IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEGUNDO PABLO LOJA CHOGLLO,

Petitioner,

vs.

WARDEN OF MCCOOK DETENTION CENTER, et al.,

Respondents.

8:26-CV-54

JUDGMENT

For the reasons stated in the accompanying memorandum and order, judgment is entered in favor of the petitioner. The government shall immediately return the petitioner to Minneapolis, Minnesota or provide him with the means to do so, release him from custody with no new conditions, and return any personal property seized from him when detained.

Dated this 11th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge